JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AKMAMMET ALLAKGAYEV,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UR M. JADDOU,<br><br>　　　　Defendant. | No. 2:23-cv-02324-MWF(AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

　　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

　　　IT IS HEREBY ORDERED that the instant action shall be stayed until April 17, 2024.  The Clerk shall administratively close this action.

Dated: May 24, 2023

_____

MICHAEL W. FITZGERALD
United States District Judge

1